UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL STORM,

      Plaintiff,

    v.                                                                      Case No. 14-CV-1380 PP

PATRICIA SAVASTA,
UNITED STATES OF AMERICA, and
UNITED STATES PAROLE COMMISSION
And JOHN DOE,

      Defendant.

---

### SEALING ORDER

---

Upon consideration of the Motion to Seal and the accompanying document submitted by the United States in this matter on May 8, 2015, the Court finds that this matter is appropriately kept under seal and, therefore,

ORDERS that the Clerk of Court accept for filing under seal the submission made by the United States under the above-captioned matter until further order of the Court.

Dated at Milwaukee, Wisconsin this 11ᵗʰ day of May, 2015.

BY THE COURT:

HONORABLE PAMELA PEPPER
United States District Judge